

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-22-00232-CV

**CHAMPION FOOD SERVICE, INC**. and Champion Food Service 2, Inc.
Appellants / Cross-Appellee

v.

**PROALAMO FOODS, L.L.C.** and ProCoastal, L.L.C.
Appellees / Cross-Appellant

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-10530
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' brief was originally due August 8, 2022. We granted appellants' first motion for extension of time, extending the deadline for filing the brief to September 7, 2022. On August 26, 2022, appellants filed a motion requesting an additional extension of time to file the brief until September 27, 2022. After consideration, we **GRANT** the motion and **ORDER** appellants to file their brief **by September 27, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court